| | |
|---|---|
| Brian E. Claypool, Esq., State Bar # 134674<br>**THE CLAYPOOL LAW FIRM**<br>4 E. Holly Street, Suite 201<br>Pasadena, CA 91103<br>(626) 345-5480 (telephone)<br>(626) 787-1042 (fax)<br><br>Attorney for Plaintiff | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney<br>SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division<br>J. WESLEY SAMPLES (CABN 321845)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7073<br>FAX: (415) 436-6748<br>Wes.Samples@usdoj.gov<br><br>Attorneys for Defendant<br>The United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G.G., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM, STEFANIE GULICK,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.: 3:20-cv-02690 MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

    As authorized by Federal Rule of Civil Procedure 41(a), Plaintiff G.G., a minor by and through his guardian ad litem, Stefanie Gulick, and Defendant the United States of America, hereby jointly stipulate to dismissal with prejudice of the above captioned matter, with each party to bear its own costs and fees, including attorney's fees.

It is so stipulated, through counsel of record.

|  |  |  |
|---|---|---|
|  |  | THE CLAYPOOL LAW FIRM |
| Dated: March 4, 2021 | By: | */s/ Brian E. Claypool, Esq.* |
|  |  | Brian E. Claypool, Esq. |
|  |  | **THE CLAYPOOL LAW FIRM** |
|  |  | 4 E. Holly Street, Suite 201 |
|  |  | Pasadena, CA 91103 |
|  |  | (626) 345-5480 (telephone) |
|  |  | (626) 787-1042 |
|  |  | Attorney for Plaintiff |
|  |  |  |
|  |  | STEPHANIE M. HINDS (CABN 154284) |
|  |  | Acting United States Attorney |
| Dated: March 4, 2021 | By: | */s/ J. Wesley Samples* [1] |
|  |  | J. WESLEY SAMPLES |
|  |  | Assistant United States Attorney |

**[PROPOSED]** ORDER
and in light of the explanation set forth in the Declaration of Brian E. Claypool,
PURSUANT TO STIPULATION, IT IS SO ORDERED.
^

DATE: April 2, 2021

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION OF DISMISSAL, AND [PROPOSED] ORDER
CASE NO. 3:20-CV-02690-MMC                    2